# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICHARD L. COX, Trustee on Behalf of the                                                PLAINTIFF
Bankruptcy Estate of Kelly Ryan

v.                                    No. 4:17CV00113 JLH

AMERICAN NATIONAL RED CROSS;
and JOHN DOES 1-5                                                                     DEFENDANTS

## ORDER

The Court previously entered an order stating that the parties had provided information that the case was settled subject to approval by the bankruptcy court. The parties have now supplied to chambers a copy of the order from the bankruptcy court approving settlement. This action is therefore dismissed with prejudice.

IT IS SO ORDERED this 23rd day of May, 2018.

```
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE
```